# United States District Court
## Violation Notice

**TU05-0028** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC-21 | 9366659 | Alexander | A0507 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/18/2021 | Title 18 USC § 13 |

**Place of Offense:** 215 Stratford Dr. Vandenberg Space Force Base 93437

**Offense Description; Factual Basis for Charge** HAZMAT ☐
CPC 243(e)(1) Battery - Spouse

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Calhoun | Nathan | M |

[Street Address and other personal info redacted]

**APPEARANCE IS REQUIRED**
☒ A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

**PAY THIS AMOUNT AT** → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| US Court 1415 State St Santa Barbara, CA 93101 | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** REFUSED TO SIGN

*9366659*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **18 May**, 20**21** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**.

On 18 May 21, Patrols were dispatched to 215 Stratford Dr., Vandenberg SFB (VSFB), CA for a Report of Domestic Violence. Patrols made contact with Jayda Lee (Victim) who stated her husband, Calhoun, pushed her into a wall. (NOTE: Calhoun was not at home. Calhoun was barred from VSFB effective 19 May 21.) The incident was witnessed and reported by Ricardo Jaimes, who was performing work in the home at the time of the assault. According to a sworn statement, Jaimes observed Calhoun tackle Lee into a wall. Lee corroborated Jaimes' statement and added that she and Calhoun's mother were arguing. Lee then went to the master bedroom and heard Calhoun say words to the effect "What did you say about my mom?" Lee heard footsteps, turned around and saw Calhoun, who then pushed her into a wall, where Lee sustained a bruise to her right hip.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/18/2021** [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident